In the Matter of· DON R. ALMY, an Attorney and Counselor at Law, Appellant, to Determine and Enforce the Amount of His Lien for Services Rendered in. the Case of JAMES ALLEN NICHOLS, Plaintiff, *v.* THE FIDELITY AND CASUALTY COMPANY, Defendant.

JAMES ALLEN NICHOLS, Respondent.

Appeal from an order of the Special Term, entered in the New York county clerk's office on the 12th day of December, 1910, fixing the lien of the petitioner.

PER CURIAM : The order appealed from should be modified by allowing to the appellant $150 a day for March second, March seventh and June fourteenth, and as so modified affirmed, without costs.    Present — Ingraham, P. J., McLaughlin, Clarke, Miller and Dowling, JJ.    Order modified as stated in opinion, and as modified affirmed, without costs.    Settle order on notice.